**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| ADVANCED OPTICAL TRACKING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 12-1383-LPS |
| MAXELL CORPORATION OF AMERICA, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED that all claims and counterclaims between Plaintiff Advanced Optical Tracking, LLC and Defendant Maxell Corporation of America, Inc. in the above-captioned action are hereby dismissed with prejudice by agreement of the parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

1

Dated:  August 1, 2013                    Respectfully submitted,

STAMOULIS & WEINBLATT LLC

NOVAK DRUCE CONNOLLY BOVE + QUIGG LLP

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
Email:  stamoulis@swdelaw.com
Richard C. Weinblatt #5080
Email:  weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
Telephone: (302) 999-1540

Jonathan Baker
FARNEY DANIELS PC
411 Borel Ave., Suite 350
San Mateo, CA  94402
(424) 268-5200
Email:  jbaker@farneydaniels.com

Stephanie R. Wood
FARNEY DANIELS PC
800 South Austin Ave., Suite 200
Georgetown, Texas  78626
(512) 582-2828
Email:  swood@farneydaniels.com

*Attorneys for Plaintiff*
*Advanced Optical Tracking, LLC*

*/s/ Chad Stover*
Chad S.C. Stover (No. 4919)
Email:  cstover@cblh.com
Thatcher A. Rahmeier (No. 5222)
Email:  trahmeier@cblh.com
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899-2207
(302) 658-9141

*Attorneys for Defendant*
*Maxell Corp. of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record by electronically filing the document with the Clerk of the Court using the CM/ECF system on August 1, 2013.

*/s/ Stamatios Stamoulis*
Stamatios Stamoulis